In the Matter of MICHAEL J. BARRY, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Submitted October 13, 1953; decided October 22, 1953.

*Salvatore T. Gambino* for motion.

*Alvin McKinley Sylvester, Robert W. Corcoran* and *Emanuel D. Black* opposed.

Motion for an order of substitution denied upon the ground that the proceeding did not survive the death of the applicant, Michael J. Barry, and appeal dismissed.